UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
DEC - 5 2006
Michael N. Milby, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| MAURO FERNANDO MONTEMAYOR-ESTRADA | § | L-06-1687 |

### INDICTMENT

### COUNT ONE

On or about June 13, 2006, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**MAURO FERNANDO MONTEMAYOR-ESTRADA,**

having been convicted previously in December 13, 1989, for burglary of habitation and, December 6, 1999 for possession of a controlled substance, crimes punishable by imprisoment for a term exceeding one year, did knowingly possess in and effecting commerce, a firearm, to wit: a Beretta 9mm model 92FS Vertec, serial number Ber309889.

In violation of Title 18, United States Code, Sections 922(g)(1).

**GPK**

## COUNT TWO

On or about June 13, 2006, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**MAURO FERNANDO MONTEMAYOR-ESTRADA,**

who being an alien illegally in the United States, did knowingly possess in and affecting commerce, a Beretta 9mm model 92FS Vertec, serial number Ber309889 gun.

In violation of Title 18, United States Code, Sections 922 (g)(5)(A).

A TRUE BILL:

███████████████
FOREMAN OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

ROBERT S. JOHNSON
Assistant United States Attorney